### CRAWSHAW et al. v. CORBETT.

(Circuit Court of Appeals, Eighth Circuit. March 22, 1920.)

No. 5478.

1. **Railroads** ⊙⊐5½, New, vol. 6A Key-No. Series—**Injunction granted manager under federal control should be limited to duration of control.**

An injunction granted to complainant solely by virtue of his office as general manager of a railroad under the United States Railroad Administration should have been limited in duration to the period of United States control.

2. **Evidence** ⊙⊐20(2)—**Judicial notice of termination of federal control of railroads.**

The court takes judicial notice that United States control of the railroads ceased on March 1, 1920.

Appeal from the District Court of the United States for the Western District of Missouri; Arba S. Van Valkenburgh, Judge.

Suit by William M. Corbett, as General Manager, Kansas Terminal Railway, against Ross Crawshaw and others. From a decree granting the injunction prayed for, defendants appeal. Remanded, with instructions to modify the decree.

John M. Cleary, of Kansas City, Mo. (Clif Langsdale, of Kansas City, Mo., on the brief), for appellants.

S. W. Sawyer, of Kansas City, Mo. (Samuel W. Moore, Joseph A. Guthrie and John H. Lathrop, all of Kansas City, Mo., on the brief), for appellee.

Before HOOK and CARLAND, Circuit Judges.

CARLAND, Circuit Judge. [1, 2] The only right or authority appellee had to ask for an injunction against appellants in the premises was by virtue of his office as general manager of Kansas City Terminal

Railroad, having been appointed to that office by Hale Holden, regional director under W. G. McAdoo, Director General of the United States Railroad Administration. The injunction, when granted by the District Court, ought to have been limited in duration to the period of United States control. That control having ceased on March 1, 1920, of which we take judicial notice, the case on the merits has become moot. The injunction granted was permanent and unlimited in duration.

We therefore remand the case to the District Court, with instructions to modify the decree entered, so that its duration will cease as herein indicated.